UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:18-cv-126-CHB

| | | |
|---|---|---|
| HEATHER FARRER, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **JOINT REPORT OF** |
| | ) | **PLANNING CONFERENCE** |
| | ) | |
| IKE KLIGERMAN BARKLEY | ) | |
| ARCHITECTS P.C. | ) | |
| | ) | |
| Defendant. | ) | |

\* \* \* \* \*

Pursuant to Rule 26(f) and following the telephonic planning conference on May 8, 2018,

plaintiffs Heather Farrer and Marshall Farrer and David Dick, as Trustee of Jefferson Land Trust

and defendant Ike Kligerman Barkley Architects P.C. ("IKBA") submit this joint report of the

planning conference held by their respective counsel.  David Tachau and Kate Lacy Crosby

participated in the planning conference on behalf of plaintiffs and Robert Brooks participated on

behalf of IKBA.

1.  **Initial Disclosures.**  The parties will exchange Rule 26(a)(1) Initial Disclosures by **Friday, June 1, 2018.**

2.  **Scope of Discovery.**  Discovery will be taken on all issues relevant to the pending claims and counterclaims.

3.  **Electronically Stored Information (ESI).**  Neither party is aware at this time of any loss or destruction of relevant ESI.  The parties agree to cooperate and continue discussions regarding the forms in which ESI will be produced, including the nature of TIF or PDF images and load files.

4.  **Attorney-Client Privilege and Work Product Protection**.  Pursuant to Federal Rule of Evidence 502(d), the parties request that the Court order that partial disclosure of attorney-client privilege or work product, whether intentional or

inadvertent, in connection with this litigation does not waive the attorney-client privilege or work product.

5.   **Discovery Limitations.**  The parties do not seek any changes to the limitations on discovery imposed by the Federal Rules of Civil Procedure or the Local Rules for the Western District of Kentucky at this time.

6.   **Other Orders.**  The parties are working to prepare a proposed Order to submit for the Court's consideration regarding information that may be subject to protection pursuant to Fed. R. Civ. P. 26(c).

Jointly submitted,

TACHAU MEEK PLC
David Tachau #69525
Katherine Lacy Crosby #91970


/s/ Katherine Lacy Crosby
101 S. Fifth St., Suite 3600
PNC Tower
Louisville, KY 40202
(502) 238-9900
dtachau@tachaulaw.com
kcrosby@tachaulaw.com
*Counsel for plaintiffs Heather Farrer and*
*Marshall Farrer and David Dick, as Trustee*
*of Jefferson Land Trust*

BOEHL STOPHER & GRAVES, LLP
Robert M. Brooks #07865


/s/ Robert M. Brooks (with permission)
400 West Market Street, Suite 2300
Louisville, KY 40202
rbrooks@bsg-law.com
*Counsel for Ike Kligerman Barkley*
*Architects P.C.*

### CERTIFICATE OF SERVICE

I certify that on May 23, 2018, I electronically filed this Joint Report of Planning Conference with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Robert M. Brooks
Boehl Stopher & Graves, LLP
400 West Market Street, Suite 2300
Louisville, KY 40202
rbrooks@bsg-law.com
*Counsel for Ike Kligerman Barkley*
*Architects P.C.*


/s/ Katherine Lacy Crosby
*Counsel for plaintiffs Heather Farrer and*
*Marshall Farrer and David Dick, as Trustee of*
*Jefferson Land Trust*