UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*ELECTRONICALLY FILED*

| | |
|---|---|
| HEATHER FARRER, MARSHALL FARRER, and DAVID DICK, as Trustee of the Jefferson Land Trust<br><br>PLAINTIFFS<br>v.<br><br>IKE KLIGERMAN BARKLEY ARCHITECTS P.C.<br><br>DEFENDANT | )<br>)<br>)<br>)  Civil Action No. 3:18-cv-126-CHB-RSE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE* OF WOJCIECH JACKOWSKI ON BEHALF OF IKE KLIGERMAN BARKLEY ARCHITECTS, P.C.

Pursuant to Rule 83.2 of the Joint Local Rules for the Eastern and Western Districts of Kentucky, Robert M. Brooks, on behalf of Ike Kligerman Barkley Architects, P.C., respectfully moves this Court for the entry of counsel, Wojciech Jackowski, *pro hac vice* to appear and practice before the Court to represent the Defendant Ike Kligerman Barkley Architects P.C. ("IKBA"), together with the undersigned counsel.

In support of this Application, the undersigned counsel states the following:

1. The undersigned is a member of the bar of the Western District of Kentucky.

2. The undersigned has filed an Appearance in the above-captioned case.

3. The amount of $125.00 for the fee required by Rule 83.2 of the Joint Local Rules for the Eastern and Western Districts of Kentucky has been tendered;

4. The Affidavit of Wojciech Jackowski is attached to this Motion as Exhibit 1.

5. Attorney Wojciech Jackowski is associated with the law firm of Offit Kurman, P.A., located at 10 East 40th Street, 25th Floor, New York, NY 10016. He can be reached by telephone at (212) 545-1900, by fax at (212) 545-1656 and/or by e-mail at wjackowski@offitkurman.com. *See* Exhibit 1.

6. Attorney Wojciech Jackowski is a member in good standing and duly licensed and authorized to practice law in the courts of the State of New York, Southern District of New York, Eastern District of New York, and the 2nd Circuit Court of Appeals. A Certificate of Good Standing is annexed to his aforementioned Affidavit as Exhibit 2, as required by Rule 83.2(a)(1).

7. Attorney Wojciech Jackowski has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

8. Attorney Wojciech Jackowski has never been denied admission to, disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other Court, while facing a disciplinary complaint. *See id.*

9. Attorney Wojciech Jackowski consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct. *See id.*

10. Attorney Wojciech Jackowski has received ECF training consisting of the four online training modules offered by the Office of the U.S. Courts for CM/ECF, as required by Rule 83.2(a)(4). *See id.*

WHEREFORE, the undersigned respectfully requests the Court grant the application to admit Attorney Wojciech Jackowski *pro hac vice*.

BOEHL STOPHER & GRAVES, LLP

/s/ *Robert M. Brooks*
Robert M. Brooks (KBA# 07865)
400 West Market Street, Suite 2300
Louisville, KY 40202
Phone: (502) 589-5980
Fax: (502) 561-9400
rbrooks@bsg-law.com
COUNSEL FOR DEFENDANT,
IKE KLIGERMAN BARKLEY
ARCHITECTS, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

David Tachau
Katherine Lacy Crosby
TACHAU MEEK PLC
101 S. Fifth Street, Suite 3600
PNC Tower
Louisville, KY 40202
Tel: (502) 238-9900
dtachau@tachaulaw.com
kcrosby@tachaulaw.com
COUNSEL FOR PLAINTIFFS,
HEATHER FARRER, MARSHALL
FARRER, and DAVID DICK, as Trustee
of the Jefferson Land Trust

/s/ *Robert M. Brooks*
ROBERT M. BROOKS