UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| HEATHER FARRER, et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>IKE KLIGERMAN BARKLEY )<br>ARCHITECTS, P.C., )<br>)<br>    Defendant. ) | Civil Action No. 3:18-CV-126-CHB<br><br>**ORDER DENYING MOTION TO<br>DISMISS WITHOUT PREJUDICE** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Joint Motion to Hold Proceedings in Abeyance [R. 27]. Previously, the defendant made a motion to dismiss on August 14, 2018. [R. 20] On December 5, 2018 this Court entered an order granting the motion to hold proceedings in abeyance and directed the parties to file a joint status report on or before March 27, 2019 notifying the Court of the progress of their settlement discussions. [R. 28] Accordingly, the Court will deny the motion to dismiss [R. 20] with leave to refile pending the settlement discussions.

Having reviewed the Motions, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Motion to Dismiss [**R. 20**] is **DENIED WITHOUT PREJUDICE**.

2. Following submission of the parties' joint status report ordered in [**R. 28**] the defendant shall have **seven (7) days** to file its motion to dismiss.

3. Plaintiff shall have **twenty-one (21) days** from the filing of the defendant's motion to dismiss to file its motion in response.

- 2 -

    4.    Defendant shall have **twenty-four (24) days** from the filing of the plaintiff's motion in response to file its reply in support of its motion to dismiss.

January 2, 2019

*Claria Horn Boom*
Claria Boom, District Judge
United States District Court

cc:    Counsel of record